## UNITED STATES DISTRICT COURT
### District of Kansas
(Wichita Docket)

UNITED STATES OF AMERICA,

**Plaintiff,**

**v.**                                    **CASE NO. 6:21-cr-10019-JWB**

**ROBERT LEWIS WHITE,**

**Defendant.**

# INDICTMENT

## COUNT 1

**ESCAPE FROM CUSTODY**
**[18 U.S.C. § 751]**

On or about the 18th day of December 2020, in the District of Kansas, the defendant,

**ROBERT LEWIS WHITE,**

did knowingly escape or attempt to escape from custody in the Wichita Transitional Center,

Wichita, Kansas, an institutional facility in which he was lawfully confined at the direction

of the Attorney General by virtue of a judgment and commitment of the United States

District Court for the District of Kansas, upon conviction for the commission of Possession

of a Shotgun with a Barrel less than 18 inches in length, in violation of Title 26, United

States Code, Sections 5845(a)(1), 5861(d), and 5871.

The above acts were in violation of Title 18, United States Code, Section 751.

**A TRUE BILL**

April 7, 2021                                         s/Foreperson
DATE                                                 FOREPERSON OF THE GRAND JURY


DUSTON J. SLINKARD
ACTING UNITED STATES ATTORNEY


By: /s/ Alan G. Metzger
ALAN G. METZGER
Assistant United States Attorney
District of Kansas
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
Ph: (316) 269-6481
Fax: (316) 269-6484
Email: alan.metzger@usdoj.gov
Ks. S. Ct. No. 10143


IT IS REQUESTED THAT THE TRIAL BE HELD IN WICHITA, KANSAS

## **PENALTIES**

### **Count 1**

- Punishable by a term of imprisonment of not more than five (5) years.  18 U.S.C. 751.

- A term of supervised release of not more than three (3) years.  18 U.S.C. 3583(b)(2).

- A fine not to exceed $250,000.00.  18 U.S.C. 3571(b)(3).

- A mandatory special assessment of $100.00.  18 U.S.C. § 3013(a)(2)(A).